**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00100-CV**
_____

**IN RE VIKOR SCIENTIFIC, LLC**

**Original Proceeding**
**457th District Court of Montgomery County, Texas**
**Trial Cause No. 23-09-14105-CV**

**MEMORANDUM OPINION**

On July 15, 2024, Relator Vikor Scientific, LLC filed an agreed motion to dismiss this mandamus proceeding. Relator informs the Court that the parties have resolved the merits of their underlying dispute in a settlement agreement. We grant the motion and dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on April 8, 2024
Opinion Delivered July 25, 2024

Before Golemon, C.J., Wright and Chambers, JJ.

1